# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No.**

ANITA E. SMITH,

        Plaintiff,

v.

WELLS FARGO BANK, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

        Defendants.

**JOINDER IN AND CONSENT TO REMOVAL
OF DEFENDANT WELLS FARGO BANK, N.A.**

      Without waiving any of its defenses or any other rights, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby consents to the notice of removal of this action from the County Court of Denver County, Colorado, wherein it is now pending, to the United States District Court for the District of Colorado, Denver Division. Removal is proper for the reasons stated in Defendant Trans Union's Notice of Removal.

      Wells Fargo first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on September 1, 2017.

      Respectfully submitted

*/s Neal McConomy*
Neal J. G. McConomy
nmcconomy@swlaw.com
Snell & Wilmer, LLP
One Tabor Center
1200 17th St, Suite 1900
Denver, CO 80202
(303) 634-2000
(303) 634-2020 Fax
***Counsel for Wells Fargo Bank, N.A.***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

Civil Action No.

ANITA SMITH,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

---

### JOINDER IN AND CONSENT TO REMOVAL OF
### DEFENDANT EQUIFAX INFORMATION SERVICES LLC

---

    Without waiving any other defenses or other rights, defendant Equifax Information Services LLC hereby consents to the notice of removal of this action from the District Court, Denver County, Colorado, wherein it is now pending, to the United States District Court for the District of Colorado, Denver Division. Removal is proper for the reasons stated in defendant Trans Union LLC's Notice of Removal. Defendant Equifax Information Services LLC first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based on September 1, 2017.

Dated: September 20, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Michael Kotlarczyk*
　　　　　　　　　　　　　　　　　　　　Michael Kotlarczyk, #43250
　　　　　　　　　　　　　　　　　　　　DAVIS GRAHAM & STUBBS LLP
　　　　　　　　　　　　　　　　　　　　1550 17th Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　Telephone: 303.892.9400
　　　　　　　　　　　　　　　　　　　　Facsimile: 303.893.1379
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Equifax Information Services LLC*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

**Civil Action No.**

ANITA E. SMITH,

        Plaintiff,

v.

WELLS FARGO BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

        Defendants.

## JOINDER IN AND CONSENT TO REMOVAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Without waiving any of its defenses or any other rights, Defendant Experian Information Solutions, Inc. ("Experian"), hereby consents to the notice of removal of this action from the County Court of Denver County, Colorado, wherein it is now pending, to the United States District Court for the District of Colorado. Removal is proper for the reasons stated in Defendant Trans Union's Notice of Removal.

Experian first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on September 5, 2017.

        Respectfully submitted

        *s/Robyn B. Averbach*
        Robyn B. Averbach
        CAMPBELL LATIOLAIS & AVERBACH, LLC
        825 Logan Street
        Denver, CO 80203
        Telephone: (303) 831-5990
        Facsimile: (303) 832-7144
        Email: raverbach@cla-law.net
        ***Counsel for Defendant***
        ***Experian Information Solutions, Inc.***