IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:17-cv-02307-WYD-MJW

ANITA E. SMITH,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION, LLC,

    Defendants.

---

**ORDER OF DISMISSAL OF PARTY
WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation to Dismiss Defendant Equifax Information Services, LLC With Prejudice (ECF No. 44), filed January 18, 2018. After a careful review of the stipulation and the file, I find that the stipulation should be approved and Defendant Equifax Information Services, LLC should be dismissed from this action with prejudice. Accordingly, it is

ORDERED that the Stipulation to Dismiss Defendant Equifax Information Services, LLC With Prejudice (ECF No. 44) is **APPROVED.** All claims asserted against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees. The Clerk of the Court is directed to amend the case caption to reflect the dismissal of Defendant Equifax Information Services, LLC.

Dated: January 19, 2018

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel,
          Senior United States District Judge