IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:17-cv-02307-WYD-MJW

ANITA E. SMITH,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION, LLC,

    Defendants.

---

**ORDER OF DISMISSAL OF PARTY
WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation to Dismiss Experian Information Solutions, Inc. With Prejudice (ECF No. 46), filed March 16, 2018. After a careful review of the stipulation and the file, I find that the stipulation should be approved and Defendant Experian Information Solutions, Inc. should be dismissed from this action with prejudice.

Accordingly, it is ORDERED that the Stipulation to Dismiss Experian Information Solutions, Inc. With Prejudice (ECF No. 46) is **APPROVED.** All claims asserted against Defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees. The Clerk of the Court is directed to amend the case caption to reflect the dismissal of Defendant Experian Information Solutions, Inc.

-2-

Dated: March 16, 2018

                BY THE COURT:

                <u>s/ Wiley Y. Daniel</u>
                Wiley Y. Daniel,
                Senior United States District Judge