IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 1:17-cv-02307-WYD-MJW

ANITA E. SMITH,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation to Dismiss Case With Prejudice (ECF No. 48), filed March 28, 2018. After a careful review of the stipulation and the file, I find that the stipulation should be approved and this matter should be dismissed with prejudice.

Accordingly, it is ORDERED that the Stipulation to Dismiss Case With Prejudice (ECF No. 48) is **APPROVED.** All claims asserted against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees. The Clerk of the Court is directed to close this case.

    Dated: March 29, 2018

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel,
                            Senior United States District Judge